```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

BENJAMIN J. PINCKNEY, ET AL.,

    Plaintiffs,

v.            Civil Action No. 15-07865(PGG)(FM)

RIVERBAY CORP. ET AL.,

    Defendants.

-----------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41 (a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above captioned action is voluntarily dismissed, without prejudice against Defendants Riverbay Corp., Marion Scott Real Estate, Inc., Vernon Cooper, and Peter Merola pursuant to the Federal Rules of Civil Procedure 41 (a)(1)(A)(ii).

Dated: February 29, 2016

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/16
```

GAINES, NOVICK,
PONZINI, COSSU & VENDITTI, LLP

_____
Steven H. Gaines
11 Martine Avenue, 8th Floor
White Plains, New York 10606
(914) 288-9595
*Attorneys for Plaintiffs*

JACKSON LEWIS, P.C.

_____
Jonathan M. Kozak
44 South Broadway, 14th Floor
White Plains, New York 10601
(914) 872-8060
*Attorneys for Defendants
Riverbay Corp. and Peter Merola*

**SO ORDERED:**

_____
Paul G. Gardephe
**U.S.D.J.**

March 3, 2016